No. 87–6309.  HARDIN v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 87–6313.  GRIFFIN v. UNITED STATES.  C. A. 7th Cir.
Certiorari denied.

No. 86–1963.  ARIZONA v. CHICAGO TITLE INSURANCE CO.
ET AL.  C. A. 3d Cir.  Certiorari denied.  JUSTICE WHITE
would grant certiorari.  JUSTICE STEVENS took no part in the
consideration or decision of this petition.